CARTER GROUP, INC., Respondent, v. MORRIS SOSNOW, Doing Business as OLD COUNTRY ROAD APARTMENTS COMPANY AND OLD COUNTRY ROAD APARTMENTS NUMBER 2 Co., Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.